429 A.2d 734

Commonwealth v. Hartmire, Appellant.

Submitted March 6, 1980. Blake E. Martin, Public Defender, for appellant;

* Justice Samuel J. Roberts of the Supreme Court of Pennsylvania is sitting by designation.

David W. Rahauser, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.